USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, AMERICAN PETROLEUM INSTITUTE, NATIONAL MINING ASSOCIATION, AND THE BUSINESS COUNCIL OF NEW YORK STATE, INC.,

                      Plaintiffs,

-against-

LETITIA JAMES, IN HER OFFICIAL CAPACITY AS NEW YORK ATTORNEY GENERAL, AND SEAN MAHAR, IN HIS OFFICIAL CAPACITY AS INTERIM COMMISSIONER OF THE NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION,

                      Defendants.

1:25-cv-01738-MKV

**SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On March 17, 2025, Defendants submitted a letter requesting that the Court hold a pre-motion conference on Defendants' anticipated motion to transfer venue. [ECF No. 28]. Defendants also request an extension of time to answer or otherwise respond to the complaint until 60 days after the Court's decision on the motion to transfer. [ECF No. 28]. On March 20, 2025, Plaintiffs filed a letter opposing both the motion to transfer and the request for an extension, advising that it intends to promptly move for summary judgment on certain counts in its complaint. [ECF No. 30].

The Court has reviewed the arguments set forth in the parties' submissions. IT IS HEREBY ORDERED that a pre-motion conference with respect to Defendant's contemplated motion to transfer is not necessary given that the respective positions of the parties are fully set forth in their letter submissions. Accordingly, Defendants' request for a pre-motion conference is DENIED.

IT IS FURTHER ORDERED that Defendants are GRANTED leave to file a motion to transfer. The briefing schedule for Defendants' motion to transfer shall be as follows:

- Motion due on or before April 11, 2025;
- Opposition due on or before April 25, 2025; and
- Reply due on or before May 2, 2025.

IT IS FURTHER ORDERED that Defendants' deadline to answer or otherwise respond to the complaint is extended until 30 days after the Court's decision on the motion to transfer..

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

Date: March 21, 2025
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**