UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2025
```

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, AMERICAN PETROLEUM INSTITUTE, NATIONAL MINING ASSOCIATION, and THE BUSINESS COUNCIL OF NEW YORK STATE, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>LETITIA JAMES, in her official capacity as New York Attorney General, and AMANDA LEFTON, in her official capacity as Interim Commissioner of the New York Department of Environmental Conservation, <br><br>*Defendants*. | Civil Action No. 1:25-cv-01738-MKV |

**PLAINTIFFS' MOTION TO WITHDRAW MATTHEW H. FREDERICK AS COUNSEL**

Pursuant to Local Civil Rule 1.4(b), Plaintiffs file this Motion to Withdraw Matthew H. Frederick as counsel and respectfully request that the Court's docket in the above-captioned case be updated accordingly. Mr. Frederick no longer practices law at Lehotsky Keller Cohn LLP. Plaintiffs will continue to be represented by the Lehotsky Keller Cohn LLP counsel identified in the signature block below.

A proposed order granting the motion is attached.

**Granted. SO ORDERED.**

Date: 5/22/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Dated: May 21, 2025

Jennifer B. Dickey*
Kevin R. Palmer*
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 463-5337

*Counsel for Plaintiff the Chamber of Commerce of the United States of America*

Ryan Meyers**
American Petroleum Institute
200 Massachusetts Avenue, NW,
  Suite 1200
Washington, DC 20001
Telephone: (202) 682-8000

*Counsel for Plaintiff American Petroleum Institute*

Tawny Bridgeford*
National Mining Association
101 Constitution Avenue, NW
Washington, DC 20001
Telephone: (202) 463-2629

*Counsel for Plaintiff National Mining Association*

Heather Briccetti Mulligan**
The Business Council of New York State, Inc.
111 Washington Avenue, Suite 400
Albany, NY
Telephone: (518) 465-7511

*Counsel for Plaintiff The Business Council of New York State, Inc.*

*admitted pro hac vice
**pro hac vice motion forthcoming

Respectfully submitted,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky*
Scott A. Keller*
Michael B. Schon*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
  Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: steve@lkcfirm.com
Email: scott@lkcfirm.com
Email: mike@lkcfirm.com

Matthew H. Frederick*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: matt@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: jared@lkcfirm.com

Meredith R. Criner*
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: meredith@lkcfirm.com

*Counsel for Plaintiffs the Chamber of Commerce of the United States of America, American Petroleum Institute, National Mining Association, and The Business Council of New York State, Inc.*

**Certificate of Compliance**

I, Steven P. Lehotsky, certify that this motion contains 61 words, which complies with the word limit of Local Rule 7.1.

*/s/ Steven P. Lehotsky*

Steven P. Lehotsky

Case 1:25-cv-01738-MKV   Document 45   Filed 05/22/25   Page 3 of 4

**Certificate of Service**

I, Steven P. Lehotsky, certify that on May 21, 2025, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Steven P. Lehotsky*

Steven P. Lehotsky